UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GE CAPITAL CORP.,

        Plaintiff,

v.                                             Case No. 06-C-921

RICHARD ELSEN, BONNIE ELSEN and
JAMES KEIL,

        Defendants.

---

## MEMORANDUM OF JUDGMENT

---

On March 23, 2007, judgment was entered in this court in favor of the plaintiff GE Capital Corp. and against defendants Richard Elsen and Bonnie Elsen, whose address is:

N3119 Smith Valley Road, La Crosse, WI 54601 – Parcel No. 9-1244-1

Legal Description: Lot One(1) of Certified Survey Map #117, Doc. #1028072 Filed in Volume 4 of Certified Survey Maps in La Crosse County, Page 117, La Crosse County, Wisconsin in the amount of $203,316.23.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge